UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Alexander MALDONADO PEREZ,<br><br>              Petitioner,<br><br>       v.<br><br>Warden of the Central Valley Annex ICE Detention Facility; Orestes CRUZ, Acting Director of the Fresno and San Francisco Field Offices, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); Todd LYONS, Acting Director of ICE; Joseph B. EDLOW, Director, USCIS; Markwayne MULLIN, Secretary, United States Department of Homeland Security (DHS); Todd BLANCHE, Acting Attorney General of the United States,<br><br>              Respondents. | Case No.  1:26-cv-03538  (VC)<br><br>**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. Nos. 1, 2 |

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition within three (3) calendar days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply within five (5) calendar days of this Order. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the Petition is pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary.

2

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____

VINCE CHHABRIA
United States District Judge